IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS E. PHELAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 13-5964** |
| | : | |
| **THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, STEVEN GLUNT and CHESTER COUNTY DISTRICT ATTORNEY** | : | |

## ORDER

**AND NOW**, this 17th day of April, 2015, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the responses to the Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Richard A. Lloret (Document 11), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Lloret is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

                                                          /s/Timothy J. Savage
                                                          TIMOTHY J. SAVAGE, J.